[No. 11275-2-II.   Division Two.   September 8, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN P. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00036-8, Robert J. Doran, J., entered July 31, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 11857-2-II.   Division Two.   September 8, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART J. STANLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 87-1-00374-2, Terence Hanley, J., entered March 24, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 11958-7-II.   Division Two.   September 8, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. EDITH PRINGLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 87-1-00084-1, Herbert E. Wieland, J., entered April 22, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.